MARIA-COSTANZA BARDUCCI
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

**November 16, 2026**

**Via CM/ECF**
Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

***Re: Hashimi v. Kakos, et al,***
***Civil Action No: 1:26-cv-00596-SDE***
***Status Update Letter***

Dear Judge Eichenholtz:

Pursuant to the Court's October 26, 2026 Status Report Order, Plaintiff respectfully submits this letter to provide an update regarding the status of this matter.

The parties have selected Elizabeth Grossman, Esq., to serve as the mediator. At this time, mediation is scheduled for December 7, 2026. Upon completion of mediation, the parties will submit a further joint status letter advising the Court of the outcome.

Thank you for the Court's time and consideration.

Respectfully Submitted,

**BARDUCCI LAW FIRM, PLLC**

s/Maria Costanza Barducci
Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only